### SPICER v. STATE.
No. 18391.

Court of Criminal Appeals of Texas.
April 1, 1936.

W. H. Tolbert and John Morison, both of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for twenty-five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

MORROW, P. J., absent.